# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVSION

| | |
|---|---|
| Launcelot Devault,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Aldous & Associates, PLLC,<br><br>　　　　Defendant. | Case No.: 5:20-cv-00127-CBM-SHK<br><br>**ORDER [JS-6]** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: APRIL 27, 2020　　　　　　　_____

　　　　　　　　　　　　　　　　　Hon. Consuelo B. Marshall

　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE